# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

152126 & (17)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ANGEL BARTLETT,
   Petitioner-Appellant,

v

KALAMAZOO COUNTY DEPARTMENT
OF HUMAN SERVICES,
   Respondent-Appellee.

SC: 152126
COA: 327262
MAHS: 14-023423-DHS

_____/

  On order of the Court, the application for leave to appeal the July 7, 2015 order of the Court of Appeals is considered. The motion for reconsideration is treated as a supplemental brief. The application for leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk

a0918